No. 892. Wisconsin et al. *v.* J. C. Penney Co. May 20, 1940. Petition for writ of certiorari to the Supreme Court of Wisconsin granted. *Mr. Harold H. Persons* for

petitioners. *Messrs. W. H. Dannat Pell* and *G. Burgess Ela* for respondent.

